# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL PIERCE, | Case No.: 1:12-cv-00920-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE CONFIDENTIAL LETTER BRIEF** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Docket No. 14) |
| Defendant. | |

On November 16, 2012, Plaintiff filed a stipulation requesting an extension of time to serve her confidential letter brief on Defendant. (Doc. 16.) Plaintiff seeks an extension of time as a result of having experienced technical difficulties in obtaining a copy of the Administrative Record through ECF. (Doc. 16.)

This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be **served on or before December 31, 2012**;

2. Commissioner's confidential letter brief shall be **served on or before February 7, 2013**;[1]

3. Any stipulation to remand the case shall be **filed on or before February 25, 2013**;

4. Plaintiff's opening brief shall be **filed on or before March 12, 2013**;

---

[1] The parties are reminded that the Scheduling Order has been amended and now requires that counsel file a separate proof of service with the Court reflecting the date that a party's confidential letter brief was served on the opposing party. The confidential letter briefs themselves are not to be filed with the Court.

     5.     Commissioner's responsive brief shall be **filed on or before April 15, 2013**; and

     6.     Plaintiff may file a reply brief **on or before May 3, 2013**.[2]

IT IS SO ORDERED.

**Dated:**   November 20, 2012                  /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.