JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: 818 905 6611
Fax: 818 789 1375
Email: jklowenstein@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL PIERCE<br><br>Plaintiff<br><br>VS.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant | CASE NO. 1:12-cv-920-SKO<br><br>ORDER AWARDING ATTORNEY FEES UNDER EAJA<br><br>(Docket No. 23) |

On December 23, 2013, the parties submitted a Stipulation for Award and Payment of Attorney's Fees ("Stipulation") pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 23.) Based on the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney's fees in the amount of $4,000.00 subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **January 2, 2014**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE